IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Justin Corliss,                                 :
                          Petitioner            :
                                                :
        v.                                      :
                                                :
Pennsylvania State Police,                      :
                          Respondent            :        No. 580 M.D. 2014


# **O R D E R**


NOW, May 25, 2016, upon consideration of petitioner's application for reargument, the application is denied.


_____
MARY HANNAH LEAVITT,
President Judge